NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FIGUREFUN LLC,**
*Appellant*

**v.**

**LEGO SYSTEMS, INC., WARNER BROS. HOME ENTERTAINMENT INC.,**
*Cross-Appellants*

---

2021-1259, 2021-1278

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2018-00754, IPR2018-00755.

---

## JUDGMENT

---

RICHARD CHARLES WEINBLATT, Stamoulis & Weinblatt LLC, Wilmington, DE, argued for appellant.

JOHN W. CERRETA, Day Pitney LLP, Hartford, CT, argued for cross-appellants.  Also represented by ELIZABETH A. ALQUIST, WOO SIN SEAN PARK; DAVID LEE FEHRMAN, DSA Legal Solutions, Scottsdale, AZ.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, O'MALLEY, and HUGHES, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

October 7, 2021         /s/ Peter R. Marksteiner
    Date                Peter R. Marksteiner
                        Clerk of Court